IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:17-CR-481-WKW |
| | ) | [WO] |
| JAMAL AIKEEM | ) | |
| HUTCHINSON | ) | |

## **ORDER**

It is ORDERED that Defendant's sentencing hearing, which commenced on January 17, 2019, is SET for further proceedings on **March 25, 2019**, at 2**:00** p**.m.**, in courtroom 2-B of the Frank M. Johnson, Jr. U.S. Courthouse, in Montgomery, Alabama.

The United States Marshal shall arrange for Defendant's appearance at this hearing. The Clerk of the Court is DIRECTED to provide a court reporter.

DONE this 11th day of March, 2019.

_____
/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE